UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET NUMBER 5:18CR32

**UNITED STATES OF AMERICA,**

        v.               **MOTION TO EXTEND PRETRIAL MOTION DEADLINE**

**ISRAEL BENITEZ**

---

This matter is before the court by an unopposed motion of the Defendant, by and through his attorney to move the court to extend the pretrial motions deadline of July 25, 2018.

It is hereby Ordered that the Pretrial Motion Deadline is moved to August 18, 2018.

**IT IS SO ORDERED.**

Signed: July 24, 2018

_____
Frank D. Whitney
Chief United States District Judge