# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**

**DOCKET NO. 5:18cr32**

**V.**

**ORDER**

**ISRAEL BENITEZ**

---

This **MATTER** is before the Court upon Motion to Continue (Doc# 33) this matter from February 19, 2019 to the next available criminal term of Court.

**IT IS THEREFORE ORDERED** that this sentencing be scheduled for the next available criminal term of court.

The Clerk is directed to certify copies of this order to Defendant, Counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: February 18, 2019

Frank D. Whitney
Chief United States District Judge